IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MERRITT,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   CIVIL ACTION NO. 18-CV-2910 |
| RIMMER, *et al.*,<br>    Defendants. | :<br>:<br>: |

## ORDER

**AND NOW**, this 5th day of June, 2019, it is hereby **ORDERED** that:

1. The Defendants' motion to dismiss the Complaint [Doc. 11] is **GRANTED**.

2. The Complaint is **DISMISSED** with prejudice.

3. The Plaintiff's motion for appointment of counsel [Doc. 17] is **DENIED** as moot.

4. The Clerk shall mark this case closed.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.